Vinesign Document ID: 0A48BF4A-4243-40FE-8AD6-A702DE8C5A97


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:
NEP Holdings Inc.
Debtor

Case No. 26-11988(dsj)
Chapter 11

**Pursuant to Local**
**Bankruptcy Rule 1074-1(a)**
-------------------------------------------------------------X

**CORPORATE RESOLUTION OF NEP HOLDINGS INC.**

At a duly convened meeting of the Board of Directors of NEP Holdings Inc. (the "Company"), a corporation organized and existing under the laws of the State of New York, held on August 19, 2026, the following resolutions were duly adopted:

**FURTHER RESOLVED**, that in light of the financial circumstances affecting the Company and its operating subsidiaries, Northeastern Power and Gas, LLC and Maven Energy, LLC, and in order to preserve the value of the Company and its interests in those subsidiaries, it is in the best interests of the Company to file a petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York; and

**FURTHER RESOLVED,** that Perry Wilson, as President and Chief Executive Officer of the Company, is hereby authorized and directed to execute and verify the petition and all related documents on behalf of NEP Holdings Inc., to appear in all proceedings in the case, and to take such actions as may be necessary and appropriate to effectuate the purposes of this resolution; and

**FURTHER RESOLVED,** that Law Offices of Charles Wertman, P.C. is hereby authorized and employed to represent the Debtor in the Chapter 11 case and to take all necessary

The signed document can be validated at https://app.vinesign.com/Verify

legal actions in connection therewith.

**IN WITNESS WHEREOF,** the undersigned, being a duly authorized President of NEP Holdings Inc., hereby certifies that the foregoing resolution was duly adopted and remains in full force and effect.

Dated: Rockville Centre, New York
August 19, 2026

*/s/Perry Wilson*
President and Chief Executive Officer

NEP Holdings Inc.