**Presentment Date:**
November 10, 2026 at 12:00 p.m.
**Objection Deadline:**
November 3, 2026 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEP HOLDINGS INC., et al.,[1]<br>Debtors. | Chapter 11<br><br>Case No. 26-11988 (DSJ)<br>(Jointly Administered) |

**NOTICE OF PRESENTMENT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING RETENTION AND COMPENSATION OF SPENCE LAW OFFICE, P.C., DEBTORS' PROPOSED COUNSEL, AND OPPORTUNITY TO OBJECT**

PLEASE TAKE NOTICE that the Debtors have filed an application for an order authorizing retention of Spence Law Office, P.C., as attorney for the Debtors, and the payment of a $20,000 additional retainer.

PLEASE TAKE FURTHER NOTICE that any objection must be filed and served in accordance with the Bankruptcy Rules, Southern District of New York Local Bankruptcy Rules and the procedures of the Hon. David S. Jones, United States Bankruptcy Judge, by November 3, 2026 at 4:00 p.m. EST. The proposed order will be presented for signature to Judge Jones on November 10, 2026 at 12:00 p.m. EST, or considered at a hearing if the Court so directs. Absent timely objection, the Court may grant the application without further hearing.

Dated: Roslyn, New York
October 18, 2026

SPENCE LAW OFFICE, P.C.
*Proposed Attorneys for Debtors*
By: *s/ Robert J. Spence*
Robert J. Spence, Esq.
55 Lumber Road, Ste 5
Roslyn, New York 11576
516-336-2060

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: NEP Holdings Inc. (2807), Case No. 26-11988 (DSJ); Northeastern Power and Gas, LLC (3206), Case No. 26-11989 (DSJ); and Maven Energy, LLC (7779), Case No. 26-11990 (DSJ) The Debtors' principal place of business is 260 Madison Avenue, 8th Floor, New York, New York 10016.

**Spence Law Office, P.C.**
Robert J. Spence, Esq.
Proposed Attorneys for the Debtors
and Debtors-in-Possession
55 Lumber Road, Suite 5
Roslyn, New York 11576
Tel.:(516) 336-2060

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------------X | |
| In re: | Chapter 11 |
| NEP HOLDINGS INC., et al.,[1] Debtors. | Case No. 26-11988 (DSJ) (Jointly Administered) |
| ------------------------------------------------------------X | |

**APPLICATION FOR RETENTION OF COUNSEL FOR DEBTORS**

**TO: THE HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE:**

The application of NEP Holdings Inc., Northeastern Power and Gas, LLC and Maven Energy, LLC, the Debtors and Debtors-in-possession herein (the "Debtors" or "Applicants"), respectfully alleges:

1. The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on August 19, 2026 (the "Filing Date").

2. The Debtors continue to manage and operate their business as Debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. No committee or Trustee has been appointed in this case.

4. This Application is submitted, pursuant to 11 U.S.C. Sections 327(a), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Rules of the United

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are: NEP Holdings Inc. (2807), Case No. 26-11988 (DSJ); Northeastern Power and Gas, LLC (3206), Case No. 26-11989 (DSJ); and Maven Energy, LLC (7779), Case No. 26-11990 (DSJ) The Debtors' principal place of business is 260 Madison Avenue, 8th Floor, New York, New York 10016.

States Bankruptcy Court for the Southern District of New York, in support of the annexed pre-fixed proposed order authorizing Applicant to employ the law firm of Spence Law Office, P.C., to represent the Debtors in the above-captioned Chapter 11 case.

5. The Debtors have selected Spence Law Office, P.C. (the "Firm") for the reason that it believes the Firm to be well qualified to represent it as Debtors-in-possession in these proceedings. The Firm is a law firm with considerable experience in bankruptcy matters. The Firm's attorney(s) have served as counsel in numerous bankruptcy cases, representing the interests at different times of chapter 11 debtor in possession; bankruptcy trustees; and secured and unsecured creditors in all types of bankruptcy cases.

6. The professional services that will be rendered in this proceeding are as follows:

(a) assisting the Debtors in preparing and filing (and serving as necessary) their petition, schedules, statement of financial affairs, monthly financial statements, and other necessary and appropriate documents;

(b) preparing and filing, on behalf of the Debtors, all motions, applications, documents in connections with adversary proceedings, and proposed orders or other legal papers;

(c) representing the Debtors at all Section 341 meetings and other meetings, and before this Court, and to represent the Debtors in all matters pending before said Court;

(d) explaining to the Debtors their responsibilities in a case under chapter 11, and ensuring insofar as practicable that it complies with their responsibilities;

(e) representing the Debtors in their negotiations with secured and unsecured creditors;

(f) assisting the Debtors in formulating a plan of reorganization; and

(g) performing such other further legal services for the Debtors which may be necessary herein.

7. The terms of the employment of the Firm, agreed to by the Debtors, subject to the approval of the Court, are at the following hourly rates:

| | |
|---|---|
| Members of the Firm | $575.00 hourly |
| Associates/of Counsel | $325.00-$575.00 hourly |
| Paralegals | $150.00 hourly |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

8. Spence Law Office, P.C. agreed to a $40,000 retainer in connection with its engagement. The Firm received a partial retainer payment in the amount of $20,000.00 on September 24, 2026, which was provided by the Debtors' principal, President/CEO, Perry Wilson. Mr. Wilson has signed a Lar Dan affidavit in connection with this advance. Applicants are requesting that Spence Law Office be authorized to receive an additional $20,000 from the Debtors upon approval of this application and subject to any cash collateral requirements.

9. To the best of Applicant's knowledge, information and belief, Spence Law Office, P.C., represents no interest adverse to the Debtors or their estates, and is a "disinterested person" as that term is defined by 11 U.S.C. Section 101(14).

10. To the best of Applicant's knowledge, information and belief, Spence Law Office, P.C. has no connection with the Debtors, their creditors, or any other parties in interest, or their respective attorneys and accountants.

11. The Debtors understand that Spence Law Office, P.C. will apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), the guidelines (the "Guidelines") established by the United States Trustee for the Southern District of New York (the "U.S. Trustee"), and

further orders of this Court ("Orders") for all services performed and expenses incurred after the Petition Date.

12. No previous application for the relief sought herein has been granted by this or any other Court.

**WHEREFORE**, Applicant respectfully requests that it be authorized to employ to Spence Law Office, P.C. as of September 24, 2026 to represent the Debtors in this proceeding under Chapter 11 of the United States Bankruptcy Code, and that the Court grant such other and further relief as this Court deems just and proper.

Dated: New York, New York
October 18, 2026

NEP Holdings Inc., Northeastern Power and Gas, LLC and Maven Energy, LLC

By: ______________________________
Name: Perry Wilson
Titles: President/CEO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| NEP HOLDINGS INC., et al.,[1]<br>Debtors. | Case No. 26-11988 (DSJ)<br>(Jointly Administered) |

-------------------------------------------------------------X

**AFFIRMATION OF PROPOSED ATTORNEY**

ROBERT J. SPENCE, an attorney duly admitted to practice law in the Southern District of New York, affirms the following under penalties of perjury:

1. I am the principal of Spence Law Office, P.C., and am an attorney and counselor at law, duly admitted to practice in the State of New York and the United States Bankruptcy Court for the Southern District of New York.

2. Spence Law Office, P.C. (the "Firm") maintains an office for the practice of law at 55 Lumber Road, Suite 5, Roslyn, New York 11576.

3. The Firm has no connection with NEP Holdings Inc., Northeastern Power and Gas, LLC and Maven Energy, LLC, the Debtors and Debtors-in-possession herein (the "Debtors" or "Applicants"), their creditors, or any other party in interest herein except as otherwise set forth herein.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are: NEP Holdings Inc. (2807), Case No. 26-11988 (DSJ); Northeastern Power and Gas, LLC (3206), Case No. 26-11989 (DSJ); and Maven Energy, LLC (7779), Case No. 26-11990 (DSJ) The Debtors' principal place of business is 260 Madison Avenue, 8th Floor, New York, New York 10016.

4. The Firm represents no interest adverse to the Debtors or their estate in the matters upon which the Firm is to be engaged, and the Firm is a disinterested person as such term is defined in 11 U.S.C. §101(14). The Firm does not represent any interests adverse to the Debtors or their estates.

5. The Firm does not have an agreement to share fees in this case nor will it share fees with any other parties or attorneys in this case.

6. The undersigned attorney is the attorney who will bear primary responsibility for the representation for which authority is sought herein.

7. Counsel has read and is generally familiar with: (1) the Bankruptcy Reform Act of 1978; (2) the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005; (3) the Bankruptcy Rules; (4) the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and (5) the United States Trustee Guidelines for this District.

8. Counsel has been an active member of this Court's bar for over 30 years. Counsel has handled numerous small and mid-size Chapter 11 cases in the Eastern and Southern Districts of New York, many of which cases have been confirmed or otherwise successfully administered. Counsel has also represented creditor committees, creditors, and Chapter 7 Trustees in bankruptcy cases.

9. Accordingly, proposed counsel is competent to represent the Debtors in all proceedings now pending or which may reasonably be expected to be pending in the foreseeable future in this Court, and in furtherance of Debtors' duties as set forth in 11 U.S.C. §§1107 and 1108.

10. The Firm's hourly charge for the performance of legal services is as follows: (i)

partners, $575.00 per hour; (ii) associates and of counsel attorneys: $325.00 to $575.00 per hour and (iii) paralegals $150.00 per hour. These rates are subject to increase, from time to time, in the ordinary course. In addition to the foregoing hourly rates, the Firm will seek reimbursement of all reasonable costs, advances and out-of-pocket expenses incurred by the Firm that are directly related to the performance of such legal services, including, but not limited to, service of process, filing fees, court costs, deposition transcripts, travel, photocopying, long distance telephone calls, facsimile machine transmissions and all other out-of-pocket expenses.

11. The Firm received an advance retainer in the amount of $20,000.00 from the Debtors' principal, President/CEO Perry Wilson.

**WHEREFORE,** it is respectfully requested that the within Order authorizing the retention of Spence Law Office, P.C., as counsel for the Debtors, be granted.

Dated: October 18, 2026
Roslyn, New York

*/s/Robert J. Spence*
Robert J. Spence, Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| NEP HOLDINGS INC., et al.,[1] Debtors. | Case No. 26-11988 (DSJ) (Jointly Administered) |

-------------------------------------------------------------X

**"LAR-DAN" DECLARATION IN CONNECTION WITH**
**<u>RETENTION OF SPENCE LAW OFFICE, P.C.</u>**

Perry Wilson, hereby declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, to the best of her knowledge, information, and belief:

1. I am an individual over the age of 18 years of age residing in New York, New York.

2. I am the President/CEO of NEP Holdings Inc., Northeastern Power and Gas, LLC and Maven Energy, LLC, the Debtors and Debtors-in-possession herein (the "Debtors").

3. I submit this declaration in connection with Debtors' application to retain firm of Spence Law Office, P.C. as counsel for the Debtors.

4. As disclosed in the Application for Retention Spence Law Office, P.C. received an advance retainer in the sum of twenty thousand ($20,000.00) dollars directly from my personal account.

5. I hereby irrevocably waives any right to recover from Debtors, the $20,000.00 advanced to Spence Law Office, P.C. on behalf of Debtors for the retainer.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are: NEP Holdings Inc. (2807), Case No. 26-11988 (DSJ); Northeastern Power and Gas, LLC (3206), Case No. 26-11989 (DSJ); and Maven Energy, LLC (7779), Case No. 26-11990 (DSJ) The Debtors' principal place of business is 260 Madison Avenue, 8th Floor, New York, New York 10016.

6. I understand and acknowledge that, with regard to the matters which Spence Law Office, P.C. is engaged in these Chapter 11 proceedings, Spence Law Office, P.C. is responsible for the interests of the Debtors and not my interests. I further acknowledges that Spence Law Office, P.C. owes a duty of loyalty to the Debtors only and not to me. Spence Law Office, P.C. has advised that I must seek separate counsel regarding any matters related to my interests in these cases.

Dated: New York, New York
October 18, 2026

______________________________
Perry Wilson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| NEP HOLDINGS INC., et al.,[1] Debtors. | Case No. 26-11988 (DSJ) (Jointly Administered) |

-------------------------------------------------------------X

**ORDER FOR RETENTION OF**
**ATTORNEYS FOR DEBTOR-IN-POSSESSION**

**UPON** the application (the "Application") of NEP Holdings Inc., Northeastern Power and Gas, LLC and Maven Energy, LLC, the Debtors and Debtors-in-possession herein (the "Debtors" or "Applicants"), dated October 18, 2026, seeking authority to employ and appoint Spence Law Office, P.C. ("Spence Law") as its general counsel in this chapter 11 case, under a general retainer, to represent the Debtors in the fulfillment of their duties, as set forth in 11 U.S.C. §§1107 and 1108, as of September 24, 2026, upon the terms and conditions set forth in the Application; and upon the Affirmation of Robert J. Spence, Esq., the president and principal attorney of the Law Firm of Spence Law, and it appearing that Spence Law is duly authorized to practice in this Court, and the Court being satisfied that Spence Law represents no interests adverse to the Debtors or to the Debtors' estates in the matters upon which it is to be engaged, is a disinterested person, and that its employment is necessary and would be in the best interest of the estates; it is hereby

ORDERED that the Application is granted as set forth herein; and it is further

ORDERED that, pursuant to § 327(a) of the Bankruptcy Code, the Debtors are authorized

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: NEP Holdings Inc. (2807), Case No. 26-11988 (DSJ); Northeastern Power and Gas, LLC (3206), Case No. 26-11989 (DSJ); and Maven Energy, LLC (7779), Case No. 26-11990 (DSJ) The Debtors' principal place of business is 260 Madison Avenue, 8th Floor, New York, New York 10016.

to retain Spence Law Office, P.C. as its attorneys in this case, as of September 24, 2026; and it is further

ORDERED that the compensation and reimbursement of expenses of Spence Law Office, P.C. shall be sought upon, and paid only upon an order granting, a proper application pursuant to §§ 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules and fee and expense guidelines and orders of this Court; and it is further

ORDERED that at least ten days before implementing any increase in the rates of Spence Law Office, P.C.'s professionals providing services in this case, Spence Law Office, P.C. shall file and serve on the United States Trustee and any official committee a supplemental affidavit providing justification for any such rate increases and stating whether the Debtor have agreed to them. All parties in interest retain the right to object to any rate increase on any grounds; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that if there is any inconsistency between the terms of this Order, the Application, and the supporting Affirmation, the terms of this Order shall govern.

**NO OBJECTION:**

By: ______________________________
For the Office of the U.S. Trustee