**Return Date:** November 12, 2026 at 10:00 a.m.
**Objection Deadline:** November 12, 2026 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| NEP HOLDINGS INC., et al.,[1] Debtors. | Case No. 26-11988 (DSJ) (Jointly Administered) |

------------------------------------------------------------X

**NOTICE OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING RETENTION OF LINDENWOOD ASSOCIATES, LLC TO PROVIDE NAT WASSERSTEIN AS CHIEF RESTRUCTURING OFFICER AND RELATED SERVICES**

PLEASE TAKE NOTICE that the Debtors have filed an application for an order authorizing retention of Lindenwood Associates, LLC to provide Nat Wasserstein as Chief Restructuring Officer and related services. The Application will be heard before the Honorable David S. Jones, United States Bankruptcy Judge, at his courtroom located at United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 701, New York, New York 10004-1408, on the 12th day of November at 10:00 a.m. Parties a who wish to participate in-person or by Zoom must register for an eCourt Appearance by the deadline of 4:00 p.m. the business day before the hearing. Procedures for doing so are available at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. If you require assistance, please contact the presiding Judge's Chambers or Court Services at (212) 284-4040.

PLEASE TAKE FURTHER NOTICE that any objection may be filed and served prior to the hearing in accordance with the Bankruptcy Rules, Southern District of New York Local Bankruptcy Rules and the procedures of the Hon. David S. Jones, United States Bankruptcy Judge, or raised at the hearing. Absent timely objection, the Court may grant the application without further hearing.

Dated: Roslyn, New York
November 4, 2026

SPENCE LAW OFFICE, P.C.
*Proposed Attorneys for Debtors*
By: *s/ Robert J. Spence*
Robert J. Spence, Esq.
55 Lumber Road, Ste 5
Roslyn, New York 11576
516-336-2060

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: NEP Holdings Inc. (2807), Case No. 26-11988 (DSJ); Northeastern Power and Gas, LLC (3206), Case No. 26-11989 (DSJ); and Maven Energy, LLC (7779), Case No. 26-11990 (DSJ) The Debtors' principal place of business is 260 Madison Avenue, 8th Floor, New York, New York 10016.